# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 3, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137527

FIRST NATIONAL BANK OF CHICAGO,
as Trustee for BANKBOSTON HOME
EQUITY LOAN TRUST 1998-1,
         Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY and
DEPARTMENT OF NATURAL RESOURCES,
         Defendants-Appellants.

SC: 137527
COA: 272431
Ct of Claims: 03-000057-MT

_____

## AMENDMENT TO ORDER

On order of the Court, the order of December 2, 2009 is amended to correct a clerical error by correcting the line following the concurring statement of Corrigan, J., to read as follows:

"YOUNG and MARKMAN, JJ., join the statement of CORRIGAN, J."



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2009

_____
Clerk